Eric MILES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61005.

Missouri Court of Appeals,
Western District.

March 4, 2003.

STATE of Missouri, Respondent,

v.

Steven A. SELLARS, Appellant.

No. WD 61021.

Missouri Court of Appeals,
Western District.

March 4, 2003.

Rosalynn Koch, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, III, and Sara L. Trower, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Eric Miles appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).